UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DARYL SAVAGE, | : | |
| Petitioner, | : | Civ. No. 16-0623 (RBK) |
| v. | : | |
| WARDEN J. HOLLINGSOWRTH, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 1, 2017, mail sent by the Clerk to petitioner was returned to this Court as undeliverable. Therefore, it appears as if petitioner is no longer residing at his current address of record.

As of today's date, petitioner has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Petitioner shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this  3rd  day of March, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge